UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

              Plaintiff,

    vs.

ADAM RYAN SWIFT,

              Defendant.

CR *20-50034*

REDACTED INDICTMENT

Sexual Exploitation of a
Minor
(18 U.S.C. §§ 2251(a) and (e))

Sexual Exploitation of a Minor by a
Parent or Guardian
(18 U.S.C. §§ 2251(a) and (e))

Attempted Enticement of a Minor
Using the Internet
(18 U.S.C. § 2422(b))

Distribution of Child Pornography
(18 U.S.C. § 2252A(a)(2)(A))

Receipt of Child Pornography
(18 U.S.C. § 2252A(a)(2)(A))

---

The Grand Jury charges:

## COUNT I

On or about between September 21, 2017 and September 21, 2018, at Box Elder, in the District of South Dakota, the defendant, Adam Ryan Swift, did persuade, induce, entice, and coerce [Name Redacted], a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction was produced using materials mailed, shipped, and transported in and affecting interstate and foreign commerce by

any means, including by computer and cell phone, all in violation of 18 U.S.C. §§ 2251(a) and (e).

## COUNT II

On or about between September 21, 2017 and September 21, 2018, at Box Elder and Rapid City, in the District of South Dakota, the defendant, Adam Ryan Swift, being the parent and having custody and control of [Name Redacted], did knowingly permit [Name Redacted], a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction was produced using materials mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of 18 U.S.C. §§ 2251(a) and (e).

## COUNT III

On or about between March 9, 2020 and March 24, 2020, at Box Elder and Rapid City, in the District of South Dakota, the defendant, Adam Ryan Swift, did use a facility and means of interstate commerce, that is, a cellular phone and computer attached to the Internet and cellular phone communications via text message, to attempt to knowingly persuade, induce, entice, and coerce an individual who had not yet attained 18 years of age, namely an undercover agent posing as the mother of a 5-year-old female, to engage in sexual activity for which the defendant could be charged with a criminal offense, namely, rape in the first degree (victim under 13 years old), in violation of South Dakota Codified Law §

22-22-1 and aggravated incest (victim under 16 years old) in violation of South Dakota Codified Law § 22-22-7, all in violation of 18 U.S.C. § 2422(b).

## COUNT IV

On or about February 24, 2020, at Box Elder and Rapid City, in the District of South Dakota, the defendant, Adam Ryan Swift, knowingly distributed any visual depiction that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and the defendant, Adam Ryan Swift, knew the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the defendant, Adam Ryan Swift, knew the visual depiction was of such conduct, namely, Adam Ryan Swift distributed multiple images of child pornography to a New York Federal Bureau of Investigation Special Agent operating in an undercover capacity on the internet, all in violation of 18 U.S.C. § 2252A(a)(2)(A).

## COUNT V

On or about between August 12, 2018 and March 23, 2020, at Box Elder and Rapid City, in the District of South Dakota, the defendant, Adam Ryan Swift, knowingly received any visual depiction that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and the defendant, Adam Ryan Swift, knew the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the defendant, Adam Ryan Swift, knew the visual depiction was of such conduct, namely images of child pornography Adam Ryan Swift downloaded from

the internet, not included in the Counts above, all in violation of 18 U.S.C. § 2252A(a)(2)(A).

FORFEITURE ALLEGATION

1.  The allegations contained in this indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to 18 U.S.C. § 2253.

2.   If convicted of an offense set forth above, Adam Ryan Swift, the defendant herein, shall forfeit to the United States any and all materials or property used or intended to be used in the distribution, receipt, or possession of child pornography.  Such property includes, but is not limited to, the following specific items found in the possession of Adam Ryan Swift on or about March 24, 2020.

A.  One Samsung SM-J727AZ Phone;

B.  One Samsung SM-S320VL Phone;

C.  One 1 Samsung SM-G973U Phone.

A TRUE BILL:

**Name Redacted**

Foreperson

RONALD A. PARSONS, JR.
United States Attorney

By: _____