UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | CR. 20-50034-JLV |
| Plaintiff, | ORDER ACCEPTING PLEA AND SENTENCING SCHEDULING ORDER |
| vs. | |
| ADAM RYAN SWIFT, | |
| Defendant. | |

On April 9, 2021, defendant appeared before Magistrate Judge Daneta Wollmann for a change of plea hearing. Judge Wollmann issued a report recommending the court accept defendant's plea of guilty to counts I and III of the indictment and adjudge defendant guilty of count I, sexual exploitation of a minor in violation of 18 U.S.C. §§ 2251(a) and (e) and count III, attempted enticement of a minor using the internet in violation of 18 U.S.C. § 2422(b). Defendant and the government waived any objection to the report and recommendation. Upon review of the record in this case, it is

ORDERED that the report and recommendation (Docket 50) is adopted in full, the plea is accepted and the defendant is adjudged guilty of sexual exploitation of a minor and attempted enticement of a minor using the internet as charged in counts I and III of the indictment.

IT IS FURTHER ORDERED that the draft presentence report shall be filed by the Probation Office in CM/ECF using the Draft Presentence Report event on or before **June 11, 2021**.

IT IS FURTHER ORDERED that any objections to the draft presentence report shall be filed by counsel in CM/ECF using the Objections to Presentence Report event on or before **June 25, 2021**.  If counsel has no objections to the presentence report, counsel should indicate so by using the Notice of No Objections to Presentence Report event.

IT IS FURTHER ORDERED that the final presentence report shall be filed by the Probation Office in CM/ECF using the Final Presentence Report event on or before **August 10, 2021**.  An addendum setting forth any unresolved objections, the grounds for those objections and the probation officer's response to those objections shall be filed in CM/ECF using the Addendum to Final Presentence Report event.

IT IS FURTHER ORDERED that any motions for departure or variance or sentencing memoranda by either the government or the defendant shall be filed in CM/ECF and served upon the Probation Office and opposing counsel by **August 10, 2021**.

IT IS FURTHER ORDERED that all letters of support shall be filed by counsel in CM/ECF using the Sealed Letter(s) of Support event on or before **August 10, 2021**.  All letters of support shall be legibly scanned as one document and not scanned as separate documents.  All other presentence report related documents shall be filed in CM/ECF using the appropriate event on or before **August 10, 2021**.  None of these documents shall be submitted directly to the Probation Office or to the court.

IT IS FURTHER ORDERED that the sentencing hearing and any necessary evidentiary hearing regarding sentencing shall be held on **Tuesday,**

**August 17, 2021, at 3 p.m.**, in Courtroom 1 of the Andrew W. Bogue United States Courthouse, 515 Ninth Street, Rapid City, South Dakota.

IT IS FURTHER ORDERED that if either party believes an interpreter is necessary for this court proceeding, counsel shall notify the Clerk of Court in writing. The notice shall specify whether an interpreter is needed for the defendant or a witness. If interpreter services are needed for more than an hour, counsel shall give the Clerk of Court at least two weeks' notice. If interpreter services are needed for less than an hour, counsel shall give the Clerk 48 hours' notice.

Dated April 29, 2021.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE