# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# WESTERN DIVISION

Jeffrey L. Viken  United States District Judge Presiding

| Courtroom Deputy - CLR<br>Courtroom – RC #1<br>U.S. Probation Officer – Nikole Miller | Court Reporter – Sheri Not Help Him<br>Date – August 17, 2021 |
|---|---|

## 5:20-cr-50034-01

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>ADAM RYAN SWIFT<br><br>Defendant. | Sarah Collins<br><br><br><br><br><br>Jenn Albertson |

TIME HEARING SCHEDULED TO BEGIN:  3:00 p.m.

TIME:
3:02 PM     Enter non-evidentiary sentencing hearing

Count 1:  Defendant sentenced to 30 years imprisonment to run concurrent to Count 3; $100 VAF; forfeiture ordered

Count 3:  Defendant sentenced to life imprisonment to run concurrent to Count 1; $100 VAF; restitution in the amount of $24,700 ordered; AVAA Act restitution deferred for 90 days; forfeiture ordered

4:04 PM     Court adjourned